Paul Harold SHUGART

v.

The STATE of Texas, Appellee.

No. 28401.

Court of Criminal Appeals of Texas.

May 23, 1956.

No attorney for appellant of record. on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, two years in the penitentiary.

Accompanying the record is the affidavit of appellant requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.